IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

    Petitioner,

v.                                                Case No. 1:26-cv-00163-JB-LF

PAMELA BONDI, et al.,

    Respondents.

## ORDER TO ANSWER

THIS MATTER is before the Court on petitioner Edwine Wellington Sisa Sisa's Verified Petition for Writ of Habeas Corpus (Doc. 1). United States District Judge James Browning referred this case to me pursuant to 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Saving & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." Doc. 3 at 1.

On January 28, 2026, Chief United States District Judge Kenneth Gonzalez issued a standing order that all cases where an alien detainee challenges their detention by a federal agency pursuant to 28 U.S.C. § 2241 shall be governed by Rule 4 of the Rules Governing Section 2254 Cases. *See* Ex. A (January 28, 2026, standing order). Rule 4 provides, in part, that

> [t]he clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it. If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner. If the petition is not dismissed, the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

SECT 2254 Rule 4.  The Standing Order further provides that the Clerk of the Court will electronically serve a copy of the petition and any order to respond to the respondents through the CM/ECF filing system.  Ex. A at 1.  Respondents are not required to respond to a petition unless ordered to do so, but if a response is ordered, "the Court will fix the time by which response must be made, which will be no less than ten business days unless the petition includes a request for a temporary restraining order." *Id.* at 2.

The Court, after examining the petition, has determined that a response is required. Consistent with the Standing Order, Respondents shall file their response to the petition no later than **Thursday, February 12, 2026**.  Petitioner's Reply, if any, shall be filed no later than ten business days after the response is filed.  The court will set a hearing, if necessary.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge