IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

    Petitioner,

v.                                              No. 1:26-cv-000163-JB-LF

PAMELA BONDI, Attorney General et al.

    Respondents.

### ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.[1] Upon reviewing the petition (Doc. 1), Respondents' response (Doc. 7), and Petitioner's Reply (Doc. 8), the Court has determined that additional information would assist in recommending a disposition in this matter.

IT IS THEREFORE ORDERED that no later than **Friday, February 27, 2026**, Respondents shall file a status report regarding the status of removal proceedings, if any, initiated against Petitioner, including all documents filed in any removal proceedings. Respondents also shall specify the date that Petitioner was taken into custody and whether Petitioner was taken into custody pursuant to an administrative or judicial warrant of arrest. If Petitioner was taken into custody pursuant to a warrant, Respondents shall provide a copy of the warrant.

                                                               Laura Fashing
                                                               U.S. Magistrate Judge

---

[1] On January 29, 2026, United States District Judge James Browning referred this case to me "to recommend to the Court an ultimate disposition of the case." Doc. 3 at 1.