IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

    Petitioner,

v.                                                  No. 1:26-cv-000163-JB-LF

PAMELA BONDI, Attorney General et al.

    Respondents.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. Respondents have informed the Court that Petitioner is scheduled for a custody redetermination hearing before an Immigration Judge on March 5, 2026. Doc. 10 at 1; Doc. 10-2.

IT IS THEREFORE ORDERED that no later than **Friday, March 6, 2026**, Respondents shall file a status report regarding the result of Petitioner's March 5, 2026, bond hearing.

                                                   _____
                                                   Laura Fashing
                                                   U.S. Magistrate Judge