IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

    Petitioner,

v.       No. 1:26-cv-000163-JB-LF

PAMELA BONDI, Attorney General et al.

    Respondents.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER is before the Court sua sponte. Petitioner, Edwine Wellington Sisa Sisa, asks the Court to order Respondents to either immediately release him or hold a bond hearing pursuant to 8 U.S.C. § 1226(a). Doc. 1 at 28. On March 5, 2026, Respondents filed a status report notifying the Court that a custody redetermination hearing was held for Petitioner on March 5, 2026. Doc. 12 at 1. The Immigration Judge ("IJ") provided the following reasoning for denying Petitioner release on bond: "The Respondent has not met its burden of showing that he is not a flight risk. The Court also denies bond as a matter of discretion." Doc. 12-1 at 1.

IT IS THEREFORE ORDERED that, no later than March 16, 2026, the parties shall provide supplemental briefing to the Court on the following questions:

(1) Whether the Court retains jurisdiction over this matter now that an IJ has denied Petitioner bond. *See* 8 U.S.C. § 1226(e).

(2) Considering that Petitioner's alternative prayer for relief was an order for Respondents to provide him with a bond hearing, whether the March 5, 2026, bond hearing moots this case.

                                                                                             Laura Fashing
                                                                                             United States Magistrate Judge