IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

    Petitioner,

v.                                                          No. 1:26-cv-000163-JB-LF

PAMELA BONDI, Attorney General et al.,

    Respondents.

## ORDER SETTING ZOOM STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by Zoom on **Friday, April 10, 2026**, at **10:00 a.m. MST**.   A notice with the Zoom meeting information will be docketed as a separate docket entry, viewable only by the parties.   At the conference, the parties should be prepared to discuss how the Immigration Judge's order granting Mr. Sisa Sisa voluntary departure (Doc. 19-1) affects his pending habeas petition in this Court.

Members of the public wishing to LISTEN ONLY should call my toll-free conference line at **1-855-244-8681** and **dial access code 2309-652-8911** to be joined to the proceedings. When prompted for an Attendee ID number, press #.   Please note that there may be a period of minutes before you are prompted for an Attendee ID number.   **Recording or broadcasting of this hearing is prohibited.**

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge