# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

EDWINE WELLINGTON SISA SISA,

     Petitioner,

vs.

                                   No. CIV 26-0163 JB/LF

PAMELA BONDI, Attorney General;
DAREN K. MARGOLIN, Director for Executive
Office for Immigration Review;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;
KRISTI NOEM, Secretary, U.S. Department of
Homeland Security; TODD M. LYONS,
Acting Director of Immigration and
Customs Enforcement; IMMIGRATION AND
CUSTOMS ENFORCEMENT; MARY DE
ANDA-YBARRA, DIRECTOR, El Paso
Field Office Field Office, Immigration and
Customs Enforcement; and GEORGE DEDOS,
Warden of Torrence County Detention Facility,

     Respondents.

## <u>MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION</u>

**THIS MATTER** comes before the Court on: (i) the Magistrate Judge's Proposed Findings and Recommended Disposition, filed May 21, 2026 (Doc. 26)("PFRD"); (ii) the Petitioner's Verified Petition for Writ of Habeas Corpus, filed January 26, 2026 (Doc. 1)("Petition"); and (iii) the Respondents' Supplemental Briefing on Court Jurisdiction After Bond Hearing Under 8 U.S.C. § 1226 and Motion to Dismiss, filed March 16, 2026 (Doc. 14).  The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review.  <u>See</u> PFRD at 4.  To date, the parties have not filed any objections.

**IT IS ORDERED** that: (i) the Magistrate Judge's Proposed Findings and Recommended Disposition, filed May 21, 2026 (Doc. 26), is adopted; (ii) the Petitioner's Verified Petition for Writ of Habeas Corpus, filed January 26, 2026 (Doc. 1), is denied; and (iii) the Respondents'

Supplemental Briefing on Court Jurisdiction After Bond Hearing Under 8 U.S.C. § 1226 and

Motion to Dismiss, filed March 16, 2026 (Doc. 14), is denied.

_____
UNITED STATES DISTRICT JUDGE

*Parties and Counsel:*

David L. Wilson
Wilson Law Group
Minneapolis, Minnesota

   *Attorneys for the Petitioner*

Todd Blanche
   Acting United States Attorney General
Ryan Ellison
   First Assistant United States Attorney
Allison Shokes
   Assistant United States Attorney
Albuquerque, New Mexico

   *Attorneys for Respondents, Mary De Anda-Ybarra, Director, El Paso Field Office, Immigration and Customs Enforcement; Todd M. Lyons Acting Director, United States Immigration and Customs Enforcement; Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; the Executive Office for Immigration Review; Kristi Lynn Noem, Secretary of Homeland Security; Pamela Jo Bondi, Attorney General of the United States*

George Dedos
Warden of Torrence County Detention Facility
Estancia, New Mexico

   *Respondent pro se*

- 2 -